IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Capital Ventures International,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II, Inc.; Bear Stearns Asset Backed Securities I, LLC; and EMC Mortgage LLC,<br><br>　　　　　　　　　　　Defendants. | Civil Action No.<br>1:12-cv-10085-DPW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for Defendants J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities LLC, Structured Asset Mortgage Investments II, Inc., Bear Stearns Asset Backed Securities I, LLC, and EMC Mortgage LLC in the above-captioned action certifies the following:

Defendant Bear Stearns Asset Backed Securities I, LLC is a wholly-owned subsidiary of The Bear Stearns Companies LLC, which is a wholly owned subsidiary of J.P. Morgan Chase & Co. ("JPMC").  JPMC is a publicly-held company whose shares are traded on the New York Stock Exchange.  JPMC has no parent company and no publicly-held company owns more than 10% of JPMC's shares.

Defendant Structured Asset Mortgage Investments II, Inc. is a wholly-owned subsidiary of The Bear Stearns Companies LLC.

Defendant J.P. Morgan Securities LLC, is a wholly-owned subsidiary of J.P. Morgan Broker-Dealer Holdings Inc., which is a wholly-owned subsidiary of JPMC.

Defendant J.P. Morgan Acceptance Corporation I is a wholly-owned subsidiary of JPMorgan Securities Holdings LLC, which is a wholly owned subsidiary of JPMC.

Defendant EMC Mortgage LLC is a wholly-owned subsidiary of The Bear Stearns Companies LLC.

Defendant J.P. Morgan Mortgage Acquisition Corp. is a wholly-owned subsidiary of JPMC.

    Respectfully submitted,
**J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; AND EMC MORTGAGE LLC**

By their attorneys,

/s/ Jacqueline Syrnick
Beth I.Z. Boland, BBO #553654
Christina N. Davilas, BBO #655477
Jacqueline Syrnick, BBO #676284
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
617.951.8000
beth.boland@bingham.com
christina.davilas@bingham.com
jacqueline.syrnick@bingham.com

                                                Kenneth I. Schacter
                                                Theo J. Robins
                                                BINGHAM MCCUTCHEN LLP
                                                399 Park Avenue
                                                New York, NY 10022
                                                Tel: (212) 705-7000
                                                Fax: (212) 752-5378
                                                kenneth.schacter@bingham.com
                                                theo.robins@bingham.com
                                                (*pro hac vice* motions forthcoming)

Dated: March 7, 2012

A/74747855.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 7, 2012.

                                         /s/  Jacqueline Syrnick
                                          Jacqueline Syrnick

A/74747855.1