# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Capital Ventures International,<br><br>      Plaintiff,<br><br>  v.<br><br>J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II, Inc.; Bear Stearns Asset Backed Securities I, LLC; and EMC Mortgage LLC,<br><br>      Defendants. | Civil Action No.<br>1:12-cv-10085-DPW |

## STIPULATION AND JOINT MOTION
## TO CONTINUE RULE 16 SCHEDULING CONFERENCE

  Plaintiff Capital Ventures International ("Plaintiff") and Defendants J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II, Inc.; Bear Stearns Asset Backed Securities I, LLC; and EMC Mortgage LLC (collectively, the "Defendants") hereby jointly move to continue the initial scheduling conference, set for May 18, 2012, and attendant requirements under Fed. R. Civ. P. 16(b) and Local Rules 16.1 and 26.2, including the joint statement and certifications required thereunder, until after the pending motion to dismiss is resolved.

  On February 3, 2012, the parties filed a stipulation and joint motion (Dkt. # 7) setting the briefing schedule for Defendants' motion to dismiss the complaint in this action, with such briefing to begin on April 2, 2012 and to be completed by July 2, 2012.  On February 6, 2012, this Court entered an order granting/approving the stipulation and joint motion.

  Given that the entry of this briefing schedule and the pendency of a comprehensive motion to dismiss, which might alter the scope and/or nature of the claims at issue in, as well as

the parties to, the litigation, the parties have stipulated and agreed, in the interests of efficiency and subject to the approval of the Court, as follows:

1.    The initial scheduling conference, set for May 18, 2012, and attendant requirements under Fed. R. Civ. P. 16(b) and Local Rules 16.1 and 26.2, including the joint statement and certifications thereunder, shall be continued until after the pending motion to dismiss is resolved.

2.    No discovery shall occur during the motion to dismiss briefing period set by the Court's February 6, 2012 Order.

3.    After the briefing on the motion to dismiss has concluded, the parties shall meet and confer to discuss whether any discovery should occur during the pendency of the motion to dismiss.  In the event the parties are not able to reach agreement, either party may move for relief on same.

SO ORDERED, this __ day of _____, 2012.

_____, J.
Douglas P. Woodlock

Respectfully submitted,

| | |
|---|---|
| **CAPITAL VENTURES INTERNATIONAL** | **J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; AND EMC MORTGAGE LLC** |
| By its attorneys, | |
| | By their attorneys, |
| /s/  Jeremy D. Andersen | |
| Michael J. Pineault, BBO #555314 | /s/  Jacqueline S. Delbasty |
| **CLEMENTS & PINEAULT LLP** | Beth I.Z. Boland, BBO #553654 |
| 24 Federal Street | Christina N. Davilas, BBO #655477 |
| Boston, Massachusetts 02110 | Jacqueline S. Delbasty, BBO #676284 |
| Telephone: 857-445-0133 | **BINGHAM MCCUTCHEN LLP** |
| Fax: 857-366-5404 | One Federal Street |
| mpineault@clementspineault.com | Boston, MA  02110-1726 |
| | 617.951.8000 |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | beth.boland@bingham.com |
| | christina.davilas@bingham.com |
| Daniel L. Brockett (admitted *pro hac vice*) | jacqueline.delbasty@bingham.com |
| David D. Burnett (admitted *pro hac vice*) | |
| 51 Madison Avenue, 22nd Floor | Kenneth I. Schacter (admitted *pro hac vice*) |
| New York, New York 10010 | Theo J. Robins (admitted *pro hac vice*) |
| Telephone: 212-849-7000 | **BINGHAM MCCUTCHEN LLP** |
| Fax: 212-849-7100 | 399 Park Avenue |
| danbrockett@quinnemanuel.com | New York, NY 10022 |
| daveburnett@quinnemanuel.com | 212.705.7000 |
| | kenneth.schacter@bingham.com |
| Jeremy D. Andersen (admitted *pro hac vice*) | theo.robins@bingham.com |
| 865 South Figueroa Street, 10th Floor | |
| Los Angeles, California 90017 | Robert H. Baron (admitted *pro hac vice*) |
| Telephone:  213-443-3000 | Karin DeMasi (admitted *pro hac vice*) |
| Fax:  213-443-3100 | J. Wesley Earnhardt (admitted *pro hac vice*) |
| jeremyandersen@quinnemanuel.com | Derek Musa (admitted *pro hac vice*) |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | 825 Eighth Avenue |
| | New York, NY 10019 |
| | 212.474.1000 |
| | rbaron@cravath.com |
| | kdemasi@cravath.com |
| | wearnhardt@cravath.com |
| Dated:  April 18, 2012 | dmusa@cravath.com |

- 3 -

- 4 -

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 18, 2012.

                                  /s/ Jacqueline S. Delbasty
                                    Jacqueline S. Delbasty

A/74884667.3