**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL,  )<br>  )<br>             Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>J.P. MORGAN MORTGAGE ACQUISITION  )<br>CORP., J.P. MORGAN ACCEPTANCE  )<br>CORPORATION I, J.P. MORGAN  )<br>SECURITIES LLC, STRUCTURED ASSET  )<br>MORTGAGE INVESTMENTS II INC., BEAR  )<br>STEARNS ASSET BACKED SECURITIES I  )<br>LLC, and EMC MORTGAGE LLC,  )<br>  )<br>             Defendants.  )<br>  ) | Civil Action No.<br>1:12-cv-10085-DPW |

**JOINT STATEMENT
PURSUANT TO LOCAL RULE 16.1**

The parties to the above-captioned action hereby submit this Joint Statement in accordance with Local Rule 16.1 and in advance of the May 18, 2012 scheduling conference before this Court.

    **A.**    **Proposed Agenda for Scheduling Conference**

        1.    Overview of the Case.

        2.    Discuss Initial Discovery Plan.

        3.    Schedule Date for Hearing on Defendants' Motion to Strike and to Dismiss the Complaint.

        4.    Discuss Parties' Position as to Submitting the Present Matter to a Magistrate Judge.

        5.    Discuss Settlement Negotiations.

### B. Initial Discovery Plan

Consistent with the Stipulation and Joint Motion that the parties filed with the Court on April 18, 2012 (Dkt. 16), the parties jointly propose the following:

1. No discovery shall occur during the motion to dismiss briefing period set by the Court's February 6, 2012 Order.

2. After the briefing on the motion to dismiss has concluded, the parties shall meet and confer to discuss whether any discovery should occur during the pendency of the motion to dismiss. In the event the parties are not able to reach agreement, either party may move for relief on same.

In light of the above agreement between the parties, and consistent with Local Rule 16.1(d)(1)(b), regarding phased discovery, the parties propose that a formal discovery plan not be adopted until after the Court rules on the Defendants' pending Motion to Strike and to Dismiss the Complaint ("Motion to Dismiss"). The parties further propose that if necessary, a further scheduling conference be held within 30 days after the Court's ruling on the Motion to Dismiss to address a formal discovery plan in light of the remaining parties and claims, if any.

### C. Motions

Defendants filed the Motion to Dismiss on April 2, 2012. Pursuant to the briefing schedule proposed by the parties and allowed by the Court by electronic order dated February 6, 2012, it is anticipated that briefing on the Motion to Dismiss will be concluded by July 2, 2012.

### D. Trial by Magistrate

The parties do not consent to trial by magistrate.

### E. Settlement Conferences/Alternative Dispute Resolution

The parties have previously discussed settlement and Plaintiff has presented Defendants with a written settlement proposal. Defendants have conferred with their clients on the subject of settlement and are "prepared to respond to [Plaintiff's] proposal at the scheduling conference" pursuant to Local Rule 16.1. The parties expect to have settlement conferences at appropriate times during the litigation. In light of the pending Motion to Dismiss, the parties do not believe

that it would be fruitful to engage in mediation or other forms of alternative dispute resolution prior to resolution of the Motion to Dismiss.  Should any claims survive the Motion to Dismiss, the parties will revisit the appropriateness and timing of settlement discussions.

### F. <u>Certifications</u>

The certifications required by Local Rule 16.1(d)(3) will be filed concurrently with this Joint Statement.

Respectfully submitted,

| | |
|---|---|
| **CAPITAL VENTURES INTERNATIONAL** | **J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; AND EMC MORTGAGE LLC** |
| By its attorneys, | |
| | By their attorneys, |
| /s/ Jeremy D. Andersen | |
| Michael J. Pineault, BBO #555314 | /s/ Jacqueline S. Delbasty |
| **CLEMENTS & PINEAULT LLP** | Beth I.Z. Boland, BBO #553654 |
| 24 Federal Street | Christina N. Davilas, BBO #655477 |
| Boston, Massachusetts 02110 | Jacqueline S. Delbasty, BBO #676284 |
| Telephone: 857-445-0133 | **BINGHAM MCCUTCHEN LLP** |
| Fax: 857-366-5404 | One Federal Street |
| mpineault@clementspineault.com | Boston, MA 02110-1726 |
| | 617.951.8000 |
| | beth.boland@bingham.com |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | christina.davilas@bingham.com |
| | jacqueline.delbasty@bingham.com |
| Daniel L. Brockett (admitted *pro hac vice*) | |
| David D. Burnett (admitted *pro hac vice*) | Kenneth I. Schacter (admitted *pro hac vice*) |
| 51 Madison Avenue, 22nd Floor | Theo J. Robins (admitted *pro hac vice*) |
| New York, New York 10010 | **BINGHAM MCCUTCHEN LLP** |
| Telephone: 212-849-7000 | 399 Park Avenue |
| Fax: 212-849-7100 | New York, NY 10022 |
| danbrockett@quinnemanuel.com | 212.705.7000 |
| daveburnett@quinnemanuel.com | kenneth.schacter@bingham.com |
| | theo.robins@bingham.com |
| Jeremy D. Andersen (admitted *pro hac vice*) | |
| 865 South Figueroa Street, 10th Floor | Robert H. Baron (admitted *pro hac vice*) |
| Los Angeles, California 90017 | Karin DeMasi (admitted *pro hac vice*) |
| Telephone: 213-443-3000 | J. Wesley Earnhardt (admitted *pro hac vice*) |
| Fax: 213-443-3100 | Derek Musa (admitted *pro hac vice*) |
| jeremyandersen@quinnemanuel.com | **CRAVATH, SWAINE & MOORE LLP** |
| | 825 Eighth Avenue |
| | New York, NY 10019 |
| | 212.474.1000 |
| | rbaron@cravath.com |
| | kdemasi@cravath.com |
| | wearnhardt@cravath.com |
| Dated: May 9, 2012 | dmusa@cravath.com |

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 9, 2012.

        /s/ Jacqueline S. Delbasty
        Jacqueline S. Delbasty