**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN MORTGAGE ACQUISITION CORP., J.P. MORGAN ACCEPTANCE CORPORATION I, J.P. MORGAN SECURITIES LLC, STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ASSET BACKED SECURITIES I LLC, and EMC MORTGAGE LLC,<br><br>Defendants. | Civil Action No.<br>1:12-cv-10085-DPW |

**DEFENDANTS' CERTIFICATION**
**PURSUANT TO LOCAL RULE 16.1(d)(3)**

In accordance with this Court's Local Rule 16.1(d)(3), Defendants J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities LLC, Structured Asset Mortgage Investments II, Inc., Bear Stearns Asset Backed Securities I, LLC, and EMC Mortgage LLC (collectively "Defendants") and their counsel have conferred and have discussed the budget for the cost of conducting a full course, and various alternative courses, of litigation, and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

| | |
|---|---|
| **J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; AND EMC MORTGAGE LLC** | **J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; AND EMC MORTGAGE LLC**<br><br>By their attorneys, |
| /s/ Christian T. Greco<br>Christian T. Greco<br>Executive Director, Assistant General Counsel<br>J.P.Morgan<br>277 Park Avenue<br>New York, NY 10172<br><br>*Authorized Representative for Defendants J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities LLC, Structured Asset Mortgage Investments II, Inc., and Bear Stearns Asset Backed Securities I, LLC* | /s/ Jacqueline S. Delbasty<br>Beth I.Z. Boland, BBO #553654<br>Christina N. Davilas, BBO #655477<br>Jacqueline S. Delbasty, BBO #676284<br>**BINGHAM MCCUTCHEN LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>617.951.8000<br>beth.boland@bingham.com<br>christina.davilas@bingham.com<br>jacqueline.delbasty@bingham.com<br><br>Kenneth I. Schacter (admitted *pro hac vice*)<br>Theo J. Robins (admitted *pro hac vice*)<br>**BINGHAM MCCUTCHEN LLP**<br>399 Park Avenue<br>New York, NY 10022<br>212.705.7000<br>kenneth.schacter@bingham.com<br>theo.robins@bingham.com |
| /s/ Colleen A. Meade<br>Colleen A. Meade<br>Executive Director, Assistant General Counsel<br>J.P.Morgan<br>4 New York Plaza<br>New York, NY 10004<br><br>*Authorized Representative for Defendant EMC Mortgage LLC* | Robert H. Baron (admitted *pro hac vice*)<br>Karin DeMasi (admitted *pro hac vice*)<br>J. Wesley Earnhardt (admitted *pro hac vice*)<br>Derek Musa (admitted *pro hac vice*)<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, NY 10019<br>212.474.1000<br>rbaron@cravath.com<br>kdemasi@cravath.com<br>wearnhardt@cravath.com<br>dmusa@cravath.com |
| Dated: May 9, 2012 | |

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 9, 2012.

      /s/ Jacqueline S. Delbasty
      Jacqueline S. Delbasty

- 3 -

A/74934578.1