IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Capital Ventures International,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>J.P. Morgan Mortgage Acquisition Corp.;<br>J.P. Morgan Acceptance Corporation I; J.P.<br>Morgan Securities LLC; Structured Asset<br>Mortgage Investments II Inc.; Bear Stearns<br>Asset Backed Securities I LLC; and EMC<br>Mortgage LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:12-cv-10085-DPW<br><br>**CERTIFICATION OF PLAINTIFF<br>CAPITAL VENTURES<br>INTERNATIONAL PURSUANT<br>TO LOCAL RULE 16.1(D)(3)** |

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of Plaintiff hereby certify that it and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

Dated: May 7, 2012

Capital Ventures International, Plaintiff
By: Susquehanna Advisors Group, Inc.,
its authorized Agent

By: _____
Brian Sopinsky, Assistant Secretary

Quinn Emanuel Urquhart & Sullivan, LLP

_____
Jeremy Andersen

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 9, 2012.

/s/ Jeremy D. Andersen