UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL, ) ) ) Plaintiff, ) ) v. ) ) J.P. MORGAN MORTGAGE ) ACQUISITION CORP., J.P. ) MORGAN ACCEPTANCE CORPORATION ) I; J.P. MORGAN SECURITIES ) LLC; STRUCTURED ASSET ) MORTGAGE INVESTMENTS II, INC.; ) BEAR STEARNS ASSET BACKED ) SECURITIES I, LLC, and EMC ) MORTGAGE LLC, ) ) Defendants. ) | CIVIL ACTION NO. 12-10085-DPW |

MEMORANDUM AND ORDER OF RECUSAL
June 18, 2012

As the result of the death of a family member last month and the pending settlement of the estate, I may now be deemed to have a "financial interest," within the meaning of 28 U.S.C. § 455(b)(4), in a party to this proceeding. Consequently, my recusal is required in this case. The clerk is directed to return the case for reassignment.

                                              ***/s/ Douglas P. Woodlock***
                                              DOUGLAS P. WOODLOCK
                                              UNITED STATES DISTRICT