## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAPITAL VENTURES INTERNATIONAL, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. |
| J.P. MORGAN MORTGAGE ACQUISITION CORP., J.P. MORGAN ACCEPTANCE CORPORATION I, J.P. MORGAN SECURITIES LLC,  STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ASSET BACKED SECURITIES I LLC, and EMC MORTGAGE LLC, | ) ) ) ) ) ) ) ) | 1:12-cv-10085-RWZ<br><br>ORAL ARGUMENT REQUESTED |
| Defendants. | ) ) ) ) ) | |

### DECLARATION OF BENJAMIN D. BRUTLAG

I, Benjamin D. Brutlag, make this Declaration pursuant to 28 U.S.C. § 1746.  I

hereby declare as follows:

1.      I am an associate of the law firm Cravath, Swaine & Moore LLP and have

been admitted to this Court *pro hac vice*.  I respectfully submit this Declaration in support of

Defendants' Reply Memorandum of Law in Support of Their Motion to Strike and to Dismiss

the Complaint.

2.      Attached hereto as **Exhibit A** is a chart created by counsel for Defendants

comparing certain factual allegations in the Complaint with related "storm warnings",

disclosures in the Offering Documents and other data available to Plaintiff before October 2007.

3.      Attached hereto as **Exhibit B** (and cited in Exhibit A) is a true and correct

copy of an article entitled Are We at The Peak of a Minsky Credit Cycle?, by Nouriel Roubini,

published by EconoMonitor on July 30, 2007, available at:

http://www.economonitor.com/nouriel/2007/07/30/are-we-at-the-peak-of-a-minsky-credit-cycle.

4.      Attached hereto as **Exhibit C** (and cited in Exhibit A) is a true and correct

copy of the Testimony of Ben S. Bernanke, Chairman of the Board of Governors of the Federal

Reserve System, in a hearing before the U.S. House of Representatives Committee on Financial

Services, Subprime mortgage lending and mitigating foreclosures, dated September 20, 2007,

available at:  http://www.c.federalreserve.gov/newsevents/testimony/bernanke20070920a.htm.

5.      Attached hereto as **Exhibit D** (and cited in Exhibit A) is a true and correct

copy of an article entitled Countrywide, IndyMac sued by Homeowners, from Bloomberg News,

published by the Los Angeles Times on March 23, 2007, available at:

http://articles.latimes.com/2007/mar/23/business/fi-wrap23.3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 2, 2012

                                                    _____/s/ Benjamin D. Brutlag_____
                                                        Benjamin D. Brutlag

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 2, 2012.


/s/ Benjamin D. Brutlag
Benjamin D. Brutlag