# Exhibit D

ADVERTISEMENT


ADS BY GOOGLE

Markets | WALL ST. ROUNDUP

# Countrywide, IndyMac sued by homeowners

**March 23, 2007** | From Bloomberg News

Countrywide Financial Corp., IndyMac Bancorp Inc. and 23 other defendants were sued by homeowners asking for $100 million in mortgage-fraud damages and a halt in debt collection and foreclosures.

The 24 homeowners claim that they were victims of a Ponzi scheme, according to a suit filed in state court in Mineola, N.Y., by lawyer Jacob Zamansky. The homeowners sued in November, claiming that they had been duped into taking out mortgages and investing the proceeds. On Wednesday they asked a judge to block collection of their debt and increased their damage demand from $50 million.

ADS BY GOOGLE

### Stop Foreclosure Now
Learn Your Mortgage Options. Request a Free Consultation Today!
www.TheMortgageLawGroup.com

### Online Payday Loans Quick
25% off for New Customers and low rates. Safe, Secure, and Online.
www.MyCashNow.com

The suit asks a judge to impose a new standard on lenders that would limit loans to borrowers who are deemed suitable. Most of the homeowners were over the age of 60 and had fixed incomes.

"By extending these loans, the mortgage lenders have earned, and stand to earn over time, enormous finance and interest charges," the homeowners said in the complaint.

Calabasas-based Countrywide and Pasadena-based IndyMac Bancorp did not immediately return calls for comment.

ADS BY GOOGLE

### Hud Reverse Mortgage
Get Comfort From Your Home Equity. Turn Equity Into Tax Free Income.
Reverse.TheEasyLoanSite.com

### VA Streamline (2.3%) APR?
No Credit Score. No Appraisal. Get Pre-Approved in 60 Seconds.

ADVERTISEMENT

**New York: Mom is 55, Looks 27**
Read how a New York Mom discovered a "weird" $5 trick to erase wrinkles using...
dailyconsumeralerts.net

**FROM THE ARCHIVES**

FDIC sues IndyMac ex-CEO Michael Perry
*July 7, 2011*

OneWest Bank, formerly IndyMac, reports $182 million in...
*August 19, 2009*

IndyMac Bancorp seeks court OK to liquidate
*August 2, 2008*

**IndyMac Bancorp Profit Rises 20%**
*August 2, 2003*

**MORE STORIES ABOUT**

Suits

Mortgages

Indymac Bancorp Inc

Countrywide Financial Corp

[VA-Streamline.lowvarates.com](VA-Streamline.lowvarates.com)



Copyright 2012 Los Angeles Times

| Index by Date | Privacy Policy | Terms of Service

Index by Keyword

Red meat: What makes it unhealthy?

Green coffee beans show potential for losing weight



Skechers lawsuit: How to get your piece of the $40-million payout

**MORE:**

The FDA warns against using quinine for leg cramps

Shortage of homes for sale creates fierce competition