# CLEMENTS & PINEAULT, LLP
24 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

Michael J. Pineault
mpineault@clementspineault.com

Phone: 857-445-0135
Fax: 857-366-5404

July 31, 2012

**BY HAND**

The Honorable Rya W. Zobel
c/o Ms. Lisa Urso, Courtroom Clerk
Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: **Capital Ventures International v. J.P. Morgan Mortgage Acquisition Corp., et als., No. 1:12-cv-10085-RWZ**

Dear Judge Zobel:

We write to inform the Court of a recent mortgage-backed securities decision, *National Credit Union Admin. Board v. RBS Secs., Inc.*, 2012 WL 3028803 (D. Kan. July 25, 2012). With this letter, we submit a copy of the decision as supplemental authority for the Court's consideration in connection with the motion to dismiss that is currently pending in this case. We also simultaneously have filed a copy of this letter and its enclosure via the ECF system as a "Notice of Supplemental Authority."

The decision discusses:

(a) whether under *Merck & Co., Inc. v. Reynolds*, 130 S.Ct. 1784 (2010), the period for 1933 Act and comparable state-law claims begins to run "only where uncontroverted evidence irrefutably demonstrates that the plaintiff discovered or should have discovered facts sufficient to adequately plead a plausible claim" (*id.* at *21);

(b) whether any purported general market turmoil, early loan defaults, and disclaimers were sufficient to start the period of limitations for RMBS investors by March 2008 (for federal claims) or March 2007 (for state claims) (*id.* *21-27);

(c) whether allegations that the offering materials were misleading due to a "systematic[] abandonment" of the underwriting standards were well-pleaded where general market information, originator-specific information, and loan-performance data was provided (*id.* at *28-30);

(d) whether public articles and disclaimers made the misrepresentations immaterial as a matter of law (*id.* at *30-31);

(e) whether *Lone Star Fund V. (U.S.) L.P. v. Barclays Bank PLC*, 594 F.3d 383 (5th Cir. 2010) requires dismissal of underwriting-abandonment misrepresentation claims where "or repurchase" clauses are present (*id.* at *32);

(f) the actionability of LTV ratios, despite their purported status as "third-party opinions" (*id.* at *33-34);

(g) whether allegations referencing other complaints need be struck (*id.* at *35-36); and

(h) whether plaintiffs faced a "Hobson's choice" in arguing both that the claims are currently well-pleaded, yet still timely based on a prior lack of available information (*id.* at *37).

Respectfully submitted,

Michael J. Pineault

cc: Beth I.Z. Boland, Esq. (via e-mail)
Daniel L. Brockett, Esq. (via e-mail)
David D. Burnett, Esq. (via e-mail)
All other counsel of record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 31, 2012.

/s/ **Michael J. Pineault**
Michael J. Pineault