# BINGHAM

Beth I.Z. Boland
Direct Phone: +1.617.951.8143
Fax:          +1.617.951.8736
beth.boland@bingham.com

BY HAND and via ECF

October 3, 2012

The Honorable Rya W. Zobel
c/o Ms. Lisa Urso, Courtroom Clerk
Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02110

Re:   *Capital Ventures International v. J.P. Morgan Mortgage Acquisition Corp., et als.*, No. 1:12-cv-10085-RWZ

Dear Judge Zobel:

On behalf of the Defendants, we write to respond to the Notice of Supplemental Authority Plaintiff filed on October 1st concerning *Capital Ventures International v. UBS Securities LLC,* No. 11-cv-11937 (DJC) (D. Mass. Sept. 28, 2012), as well as to provide further Notice of Supplemental Authority.

First, with respect to the decision in *UBS*, we note that the Court also reached several holdings relevant here: (a) that the plaintiff failed to state a claim relating to misrepresentations regarding the ratings issued by various credit rating agencies based on the fact that such ratings were included in the offering materials (Decision, 20-23), (b) that the non-underwriter defendants were not "sellers" as is required for liability to attach under MUSA (*id.,* 27-29), and (c) that the plaintiff failed to adequately plead control person liability. (*Id.,* 29-30).

Moreover, the facts as argued in *UBS* are distinguishable from those in the instant matter in several important respects:  here, the plaintiffs themselves admit in their pleadings that well over 80% of the loans *conformed* with the stated underwriting standards, *Complaint,* ¶ 113, and the loan delinquency rates as of October 2007 were less than -- and in many cases substantially less than -- 20%. *Motion to Dismiss,* at 13, 43; *Reply,* at 18-19. And, any increases in these delinquency rates in particular were fully available to CVI by October 2007, thereby placing it on inquiry notice more than four years before the filing of this action. *Id.*

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

T +1.617.951.8000
F +1.617.951.8736
bingham.com

A/75197595.3

October 3, 2012
Page 2

As such, CVI's claims fail to meet the standards articulated by the First Circuit in, *inter alia, Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp.*, 632 F.3d 762, 773 (1st Cir. 2011), and *Kennedy v. Josephthal & Co., Inc.*, 814 F.2d 798, 802 (1st Cir. 1987).

Second, we respectfully bring to the Court's attention the attached recent authority that we learned of yesterday in *Cambridge Place Investment Management, Inc. v. Morgan Stanley & Co., et al.*, Nos. 10-2741-BLS1 and 11-0555-BLS1 (Mass. Super. Ct. Sept. 28, 2012) on defendants' motion to dismiss. In relevant part, the Court (i) granted the motion to dismiss insofar as it asserted claims under Section 410(a)(2) of MUSA against the non-underwriter defendants who were not "sellers" (*id.*, 42-45), (ii) granted the motion to dismiss under Section 410(b) of MUSA as to all securities purchased on the secondary market (*id.*, 45-48), and (iii) denied the motion to dismiss to insofar as it alleged primary liability under MUSA based on alleged misrepresentations in the offering documents.

Sincerely yours,

Beth I.Z. Boland

Encl.

cc:     Michael J. Pineault, Esq.
         Counsel of record (via ECF)