# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Capital Ventures International,<br><br>      Plaintiff,<br><br>  v.<br><br>J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II Inc.; Bear Stearns Asset Backed Securities I LLC; and EMC Mortgage LLC,<br><br>      Defendants. | Civil Action No. 1:12-cv-10085-RWZ<br><br>**ASSENTED-TO-MOTION FOR ADMISSION OF MATTHEW J. MACDONALD *PRO HAC VICE*** |

  Pursuant to Local Rule 83.5.3(b), plaintiff Capital Ventures International, through its counsel Michael J. Pineault, a member in good standing of the bar of this Court, moves to permit Matthew J. MacDonald to appear in this action as counsel for the plaintiff.

  In support of this motion, and as set forth in the attached Declaration, plaintiff states as follows:

  1. Matthew J. MacDonald is an attorney with the law firm Quinn Emanuel Urquhart & Sullivan LLP, located at 1299 Pennsylvania Avenue, NW, Suite 825, Washington, D.C. 20004. He has been admitted to practice in the following jurisdictions and is a member in good standing of the bars of each of these courts: (a) the state of New York; and (b) the New York State Supreme Court. There are no disciplinary proceedings against him as a member of the bar in any jurisdiction. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

  WHEREFORE, plaintiff respectfully requests that its Assented-to-Motion for Admission of Matthew J. MacDonald *Pro Hac Vice* be allowed.

Respectfully submitted,

DATED: March 4, 2013 By: **/s/ Michael J. Pineault**
Michael J. Pineault
CLEMENTS & PINEAULT LLP
24 Federal Street
Boston, Massachusetts 02110
Telephone: 857-445-0133
Fax: 857-366-5404
mpineault@clementspineault.com

*Attorneys for Plaintiff Capital Ventures International*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      I certify that I have conferred with counsel for defendants J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II Inc.; Bear Stearns Asset Backed Securities I LLC; and EMC Mortgage LLC, who have assented to this motion.

                                                    **/s/ Michael J. Pineault**
                                                    Michael J. Pineault

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 4, 2013.

                                                     **/s/ Michael J. Pineault**
                                                     Michael J. Pineault