# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Capital Ventures International,

        Plaintiff,

      v.

J.P. Morgan Mortgage Acquisition Corp.; J.P.
Morgan Acceptance Corporation I; J.P. Morgan
Securities LLC; Structured Asset Mortgage
Investments II Inc.; Bear Stearns Asset Backed
Securities I LLC; and EMC Mortgage LLC,

        Defendants.

Civil Action No. 1:12-cv-10085-RWZ

**DECLARATION OF
MATTHEW J. MACDONALD**

I, Matthew J. MacDonald, hereby state as follows:

1.     I am an attorney with the law firm Quinn Emanuel Urquhart & Sullivan LLP, located at 1299 Pennsylvania Avenue, NW, Suite 825, Washington, D.C. 20004.

2.     I have been admitted to practice in the following jurisdictions and am a member in good standing of the bars of each of these courts:  (a) the state of New York; and (b) the New York State Supreme Court.

3.     There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 27th day of February, 2013.

*Matthew J. MacDonald*

Matthew J. MacDonald

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 4, 2013.

<u>**/s/ Michael J. Pineault**</u>
Michael J. Pineault