IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN SECURITIES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; and EMC MORTGAGE LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:12-cv-10085-RWZ

**FURTHER AMENDED JOINT STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 AND LOCAL RULE 16.1 REGARDING CASE CALENDAR**

Pursuant to Local Rule 16.1 and in advance of the March 6, 2013 scheduling conference before this Court, the parties met and conferred and filed an Amended Joint Statement.  Dkt. No. 45.  The parties have since further met and conferred in order to narrow the issues for the Court.

Below the parties set forth their most recent positions with respect to the timeline for this case.

| Event | Plaintiff's Revised Proposed Deadlines | Defendants' Revised Proposed Deadlines |
|---|---|---|
| Defendants' Answer | March 20, 2013 | March 20, 2013 |
| Commencement of discovery | March 21, 2013 | March 21, 2013 |
| Initial Disclosures | April 10, 2013 | April 10, 2013 |
| Motion Practice on Whether to Hear "Sampling" Expert Discovery Early in Case | Plaintiff to file motion shortly. | Plaintiff to file motion shortly. |
| Joinder of Parties | September 9, 2013 | September 9, 2013 |
| Further case management conference (if necessary) | October 25, 2013 | October 25, 2013 |
| Last day to serve discovery requests pursuant to Fed. R. Civ. P. 33, 34, and 36 | N/A | Jan. 22, 2014 (10 months) |

| Event | Plaintiff's Revised Proposed Deadlines | Defendants' Revised Proposed Deadlines |
|---|---|---|
| Completion of fact discovery **(Party disagreement as to length)** | November 21, 2013 (8 months) | June 20, 2014 (15 months) |
| Expert Discovery | *Plaintiff's Reports:*<br><br>December 20, 2013 (1 month after close of discovery)<br><br>*Defendants' Reports:*<br><br>March 14, 2014 (12 weeks to respond to all)<br><br>*Plaintiff's Reply:*<br><br>April 25, 2014 (6 weeks to reply)<br><br>*Close:*<br><br>June 20, 2014 (8 weeks from rebuttal) | *Plaintiff's reports:*<br><br>July 21, 2014 (1 month after close of discovery)<br><br>*Defendants' reports:*<br><br>October 13, 2014 (12 weeks to respond to all)<br><br>*Plaintiff's Reply*<br><br>Nov. 24, 2014 (6 weeks to reply)<br><br>*Close:*<br><br>January 12, 2015 (8 weeks from rebuttal) |
| Opening Briefs on Dispositive Motions | September 3, 2014 (2.5 months after close of expert discovery) | April 8, 2015 (2.5 months after close of expert discovery) |
| Opposition Briefs on Dispositive Motions | November 3, 2014 (2 months) | June 8, 2015 (2 months) |
| Reply Briefs on Dispositive Motions | December 3, 2014 (1 month) | July 12, 2015 (1 month) |
| Hearing on Dispositive Motions | At Court's convenience | At Court's convenience |
| Final Pretrial Conference | 30 days after resolution of motions | 30 days after resolution of motions |
| Trial | To be decided at final pretrial conference | To be decided at final pretrial conference |

DATED:  Los Angeles, California
        March 5, 2013

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP


By:  /s/ Jeremy D. Andersen
     Daniel L. Brockett (*pro hac vice*)
     A. William Urquhart (*pro hac vice*)
     David D. Burnett (*pro hac vice*)
     51 Madison Avenue, 22nd Floor
     New York, New York 10010
     Telephone:  (212) 849-7000
     Fax:  (212) 849-7100
     danbrockett@quinnemanuel.com
     billurquhart@quinnemanuel.com
     daveburnett@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100
jeremyandersen@quinnemanuel.com

Matthew MacDonald (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone:  (202) 538-8000
Fax:  (202) 538-8100
mattmacdonald@quinnemanuel.com

Michael J. Pineault
CLEMENTS & PINEAULT LLP
24 Federal Street
Boston, Massachusetts 02110
Telephone:  (857) 445-0133
Fax:  (857) 366-5404
mpineault@clementspineault.com

*Attorneys for Plaintiff Capital Ventures
International*

DATED:   Boston, Massachusetts       BINGHAM MCCUTCHEN LLP
March 5, 2013


By:   /s/ Neil G. McGaraghan
      Neil G. McGaraghan (BBO #649704)
      Sarah G. Kim (BBO #657852)
      Jacqueline S. Delbasty (BBO #676284)
      One Federal Street
      Boston, Massachusetts 02110
      Telephone: (617) 951-8000
      neil.mcgaraghan@bingham.com
      sarah.kim@bingham.com
      jacqueline.delbasty@bingham.com

      Kenneth I. Schacter (*pro hac vice*)
      Theo J. Robins (*pro hac vice*)
      BINGHAM MCCUTCHEN LLP
      399 Park Avenue
      New York, New York 10022

Telephone: (212) 705-7000
kenneth.schacter@bingham.com
theo.robins@bingham.com

Robert H. Baron (*pro hac vice*)
Karin DeMasi (*pro hac vice*)
J. Wesley Earnhardt (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
rbaron@cravath.com
kdemasi@cravath.com
wearnhardt@cravath.com

*Attorneys for Defendants J.P. Morgan*
*Mortgage Acquisition Corp.; J.P. Morgan*
*Acceptance Corporation I; J.P. Morgan*
*Securities LLC; Structured Asset Mortgage*
*Investments II, Inc.; Bear Stearns Asset*
*Backed Securities I, LLC; and EMC*
*Mortgage LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this March 5, 2013.


<u>/s/ Jeremy D. Andersen</u>