# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN MORTGAGE ACQUISITION CORP., J.P. MORGAN ACCEPTANCE CORPORATION I, J.P. MORGAN SECURITIES LLC, STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ASSET BACKED SECURITIES I LLC; and EMC MORTGAGE LLC,<br><br>Defendants. | Civil Action No. 1:12-cv-10085-DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF J. WESLEY EARNHARDT**

Please take notice that J. Wesley Earnhardt hereby withdraws his appearance of record on behalf of J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC; and EMC Mortgage LLC (collectively, "Defendants"). Defendants continue to be represented by the law firm of Bingham McCutchen LLP, One Federal Street, Boston, MA 02110.

/s/ J. Wesley Earnhardt

J. Wesley Earnhardt (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
wearnhardt@cravath.com

2

**CERTIFICATE OF SERVICE**

       I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 7, 2013.

                                                   /s/  J. Wesley Earnhardt
                                                        J. Wesley Earnhardt