UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10085-RWZ

CAPITAL VENTURES INTERNATIONAL

v.

J.P. MORGAN MORTGAGE ACQUISITION CORP. *et al.*

ORDER

August 2, 2013

ZOBEL, D.J.

Some four months ago, plaintiff moved to amend the court's scheduling order to expedite briefing of certain Daubert issues. Specifically, plaintiff suggested that defendants should be required to file any Daubert motion regarding plaintiff's proposed sampling method on an expedited basis, before fact discovery was complete. Defendants objected.

At the hearing on plaintiff's motion, I suggested that the parties' respective experts should meet in person and amicably agree on an appropriate sampling method—thereby short-circuiting the need for any motion practice on the issue. The opposing experts did so meet; however, they were unable to agree, as defendants found "meaningless" the sampling method plaintiff's expert used and declined to continue the effort to expedite the process.

After reviewing the parties' filings, I conclude that the better course at this juncture is to continue with fact discovery and to resolve any Daubert issues thereafter.

Plaintiff's motion for an expedited determination of sampling issues (Docket # 61) is therefore DENIED. I anticipate that the parties will continue to work together to ensure that the discovery process is completed on schedule.

|  |  |
|---|---|
|    August 2, 2013    <br> DATE |    /s/Rya W. Zobel    <br> RYA W. ZOBEL <br> UNITED STATES DISTRICT JUDGE |